NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANET SEALY, | Civil Action No.: 13-cv-7461 (CCC) |
| Plaintiff, | |
| v. | **ORDER** |
| VERIZON COMMUNICATIONS, INC., et al., | |
| Defendants. | |

This matter comes before the Court by way of Defendant's objection to Magistrate Judge Mark Falk's Report and Recommendation dated August 1, 2014, granting Plaintiff's motion to remand this case to state court and denying Plaintiff's request for counsel fees. For the reasons set forth in the Opinion filed herewith,

**IT IS** on this 15th day of December, 2014

**ORDERED** that Defendant's objections to Judge Falk's Report and Recommendation are overruled; and it is further

**ORDERED** that Judge Falk's Report and Recommendation is hereby adopted in full; and it is further

**ORDERED** that this case be remanded to the New Jersey Superior Court, Essex County; and it is further

**ORDERED** that Plaintiff's request for counsel fees is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.